No. 509, Misc. DIXON *v.* ILLINOIS. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 510, Misc. PETERSON *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 511, Misc. JANIEC *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 512, Misc. ALLEN *v.* CLAUDY, WARDEN, ET AL. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 516, Misc. VAN PELT *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 518, Misc. HARINCAR *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 521, Misc. GREEN *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 522, Misc. IN RE TAYLOR. C. A. 9th Cir. Certiorari denied.

No. 523, Misc. COSSENTINO *v.* JACKSON, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 528, Misc. LOWE *v.* EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.